June 4, 2013

United States District Court
For the Southern District Indiana
Indianapolis, IN 46204

Robert & Pamela Chase
756 Timeless Run
Greenwood, IN 46143

Re: Civil Action Case No. 1:13-cv-0674LJM-MJD

US District Court,

We have received "Order on Motion for Leave to Serve Third Party Subpoena Prior to a Rule 2600 Conference" today, June 4, 2013, for the above named Civil Action Case. We, Robert and Pamela Chase, wish to file a protective motion to quash or vacate the Subpoena in the United States District Court for the Southern District of Indiana.

Under no circumstances do we allow Comcast to release our personal information including, but not limited to, name, address, and any other information as directed in the Order and Subpoena.

Comcast has informed us this Subpoena and Court Order is from Malibu Media, LLC. Research verifies that Malibu Media, LLC is a copyright troll and uses unethical means for financial gain. Their prey are "Singleton-John Does" who appear to be wealthy and their goal is to defame one's character. That is discriminatory and judgmental; therefore, we cannot allow our information be released to this extremely unethical company.

In due respect, we beseech the Court to grant us the protective motion to quash or vacate the Subpoena in the United States District Court for the Southern District of Indiana.

Sincerely,

*Robert E Chase*

*Pamela Chase*

Robert and Pamela Chase